**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>*EX PARTE* APPLICATION OF SPS CORP I – FUNDO DE INVESTIMENTO EM DIREITOS CREDITÓRIOS NÃO PADRONIZADOS FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. _____ |

***EX PARTE* APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 PERMITTING SPS CORP I – FUNDO DE INVESTIMENTO EM DIREITOS CREDITÓRIOS NÃO PADRONIZADOS TO ISSUE A SUBPOENA FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FROM GENERAL MOTORS CO., DELOITTE & TOUCHE LLP AND ERNST & YOUNG LLP**

Based on the memorandum of law, declaration, and other supporting documents accompanying this application, SPS Corp I – Fundo de Investimento em Direitos Creditórios Não Padronizados ("SPS"), by its undersigned counsel, respectfully submits this memorandum of law in support of its *ex parte* application (the "Application") respectfully requests an order authorizing it to take discovery from General Motors Company ("GM"), Deloitte & Touche LLP ("Deloitte") and Ernst & Young LLP ("E&Y") (together, the "Respondents") for use in a foreign proceeding and in a contemplated proceeding, pursuant to Title 28, United States Code, Section 1782 ("Section 1782") and Federal Rule of Civil Procedure 45.

SPS's Application meets the requirements of Section 1782: (a) Respondents are "found" or reside in this judicial district; (b) the narrow discovery SPS requests is for use in for use in pending and contemplated proceedings in Brazil; (c) SPS is a litigant in the foreign proceedings; and (d) the Application does not require disclosure of privileged materials. The factors set out by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004) weigh heavily in favor of SPS's limited discovery requests: (1) Respondents are not parties to the pending

proceeding in Brazil and will not be parties to the contemplated proceeding in that country, and the evidence sought likely is unobtainable without this Court's assistance; (2) there is no indication that the foreign tribunal will be unreceptive to the requested discovery; (3) SPS is not using this Application to circumvent any proof-gathering restrictions or policies; and (4) the targeted discovery SPS seeks is narrowly tailored and not unduly burdensome or intrusive.

Finally, as courts in this Circuit have recognized, Section 1782 applications made on an *ex parte* basis are properly filed and routinely granted. *See*, *e.g.*, *In re Mota*, 2020 WL 95493, at *1 (D. Del. Jan. 8, 2020) ("Discovery applications under § 1782 are often granted *ex parte* because, *inter alia*, witnesses and other recipients can 'raise[ ] objections and [otherwise] exercise[ ] their due process rights by motions to quash.'"); *In re Ex parte Petition of Republic of Turkey for an Order Directing Discovery From Hamit Çiçek Pursuant to 28 U.S.C. § 1782*, 2020 WL 2539232, at *3 (D.N.J. May 18, 2020) ("'[An] *ex parte* application is an acceptable method for seeking discovery pursuant to Section 1782,' in part because the person subpoenaed may exercise their due process rights with a motion to quash."); *In re Ex Parte Application of Societe d'Etude de Realisation et d'Exploitation Pour le Traitement du Mais*, 2013 WL 6164435, at *2 (E.D. Pa. Nov. 22, 2013) ("Any fair interpretation of § 1782(a)'s plain language . . . should read it to encompass *ex parte* proceedings[.]"); *In re Platebright Ltd.*, 2014 WL 341568, at *6 (D.V.I. Jan. 30, 2014) ("[I]t is common for parties to request and obtain [§ 1782] orders authorizing discovery *ex parte*[.]").

SPS, therefore, respectfully requests that this Court enter an order granting this Application.

Dated: December 23, 2021
      Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
824 N. Market St., Suite 810
Wilmington, Delaware
Tel: (302) 777-1111
Email: rosner@teamrosner.com
       gibson@teamrosner.com

and

**MB SCANLON PLLC**
Gabriela M. B. Scanlon *
4301 50th Street, N.W, 1st Floor
Washington, D.C. 20016
gabriela@mbscanlon.com

* Motion for *pro hac vice* admission forthcoming

*Counsel for Applicant SPS Corp I – Fundo de Investimento em Direitos Creditórios Não Padronizados*