**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>*EX PARTE* APPLICATION OF SPS CORP I – FUNDO DE INVESTIMENTO EM DIREITOS CREDITÓRIOS NÃO PADRONIZADOS FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. _____ |

## ORDER GRANTING SECTION 1782 APPLICATION

This Court, having reviewed the *Ex Parte* Application of SPS Corp I – Fundo de Investimento em Direitos Creditórios Não Padronizados for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceeding (the "Application"), the Declaration of Bruno Poppa, dated December 21, 2021, and the supporting Memorandum of Law, determines that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied and (2) the discretionary factors identified by the *United States Supreme Court in Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

Therefore, **IT IS HEREBY ORDERED THAT**:

1. Applicant's Application for an order to take discovery from General Motors Company ("GM"), Deloitte & Touche LLP ("Deloitte") and Ernst & Young LLP ("E&Y") (together, the "Respondents"), for use in foreign proceedings pursuant to 28 U.S.C. § 1782 is GRANTED;

2. Applicant is authorized, pursuant to 28 U.S.C. § 1782, to obtain evidence from the Respondents pursuant to Rule 45 of the Federal Rules of Civil Procedure relating to the issues identified in the Application, including:

   a) issuing subpoenas for the production of documents in substantially the form attached to the Application; and

b) issuing subpoenas for taking the deposition of Respondents as Applicant reasonably may deem appropriate and as are consistent with the Federal Rules of Civil Procedure; and 3.

3. This Order is without prejudice to the Respondents' right to assert objections in relation to the subpoenas and Applicant's rights to seek further or different relief.

IT IS SO ORDERED this _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE