IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>*EX PARTE* APPLICATION OF SPS CORP I – FUNDO DE INVESTIMENTO EM DIREITOS CREDITÓRIOS NÃO PADRONIZADOS FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:21-mc-00565-CFC |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND
PAGE LIMITATION FOR RESPONSE TO APPLICATION FOR
<u>AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782</u>**

WHEREAS, on December 23, 2021, SPS CORP I – Fundo de Investimento em Direitos Creditórios Não Padronizados ("Applicant") filed an *Ex Parte* Application for an Order Under 28 U.S.C. § 1782 Permitting Applicant to Issue a Subpoena (D.I. 1, the "Application") seeking to obtain certain discovery from General Motors Company ("GM"), Deloitte & Touche LLP ("Deloitte") and Ernst & Young LLP ("E&Y," and collectively with GM and Deloitte, "Respondents");

WHEREAS, also on December 23, 2021, Applicant filed a 26-page memorandum of law in support of the Application, accompanied by more than 500 pages of exhibits, including among other exhibits a supporting declaration submitted by Applicant's Brazilian counsel (D.I. 2),

WHEREAS, on February 23, 2022, the Court so-ordered the Stipulation and Order to Extend Respondents' Time to Respond to the Application (D.I. 7), thereby extending the deadlines for each Respondent to respond to the Application and for Applicant to file its reply in support of the Application to March 28 and April 11, 2022, respectively;

WHEREAS, Respondent GM believes that an extension of the default 20-page limitation to 25 pages for its response to the Application—roughly commensurate with the length of Applicant's 26-page memorandum of law in support of the Application—will allow Respondent GM to effectively address the factual and legal issues raised in the Application, including those pertaining to related Brazilian proceedings, in a manner beneficial to the Court; and

WHEREAS, Applicant and Respondent GM have conferred regarding a reasonable extension of the applicable page limitation;

IT IS HEREBY STIPULATED AND AGREED, by and between Applicant and Respondents and subject to the approval of the Court, that the page limitation governing Respondent GM's response to the Application is extended from 20 to 25 pages.

Dated: March 16, 2022

| THE ROSNER LAW GROUP LLC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| /s/ Jason A. Gibson<br>Frederick B. Rosner (#3995)<br>Jason A. Gibson (#6091)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>(302) 777-1111<br>rosner@teamrosner.com<br>gibson@teamrosner.com<br><br>Gabriela M. B. Scanlon<br>MB SCANLON PLLC<br>4301 50th Street, N.W. 1st Floor<br>Washington, D.C. 20016<br>gabriela@mbscanlon.com<br><br>*Counsel for Applicant SPS CORP I – Fundo de Investimento em Direitos Creditórios Não Padronizados* | /s/ Daniel A. Mason<br>Daniel A. Mason (#5206)<br>500 Delaware Avenue, Suite 200<br>Post Office Box 32<br>Wilmington, DE 19899-0032<br>(302) 655-4410<br>dmason@paulweiss.com<br><br>Lewis R. Clayton<br>Darren W. Johnson<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3553<br>lclayton@paulweiss.com<br>djohnson@paulweiss.com<br><br>*Counsel for Respondent General Motors Company* |

| | |
|---|---|
| BAYARD, P.A. | MCDERMOTT WILL & EMERY LLP |
| /s/ Peter B. Ladig | /s/ Ethan H. Townsend |
| Peter B. Ladig (#3513) | Ethan H. Townsend (#5813) |
| 600 N. King Street, Suite 400 | 1007 North Orange Street, 10th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 485-3911 |
| pladig@bayardlaw.com | ehtownsend@mwe.com |
| | |
| Richard Marooney | Timothy E. Hoeffner |
| J. Emmett Murphy | MCDERMOTT WILL & EMERY LLP |
| KING & SPALDING LLP | One Vanderbilt Avenue |
| 1185 Avenue of the Americas | New York, NY 10017-3852 |
| New York, NY 10036 | (212) 547-5595 |
| (212) 556-2100 | thoeffner@mwe.com |
| rmarooney@kslaw.com | |
| jemurphy@kslaw.com | |
| | |
| *Counsel for Respondent* | *Counsel for Respondent* |
| *Ernst & Young LLP* | *Deloitte & Touche LLP* |

SO ORDERED this 17th day of March, 2022.

_____
The Honorable Colm F. Connolly
United States District Judge

3