IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>*EX PARTE* APPLICATION OF SPS CORP I – FUNDO DE INVESTIMENTO EM DIREITOS CREDITÓRIOS NÃO PADRONIZADOS FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:21-mc-00565-CFC |

**AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND
WORD-COUNT LIMITATION FOR RESPONSE TO APPLICATION FOR
AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

WHEREAS, on December 23, 2021, SPS CORP I – Fundo de Investimento em Direitos Creditórios Não Padronizados ("Applicant") filed an *Ex Parte* Application for an Order Under 28 U.S.C. § 1782 Permitting Applicant to Issue a Subpoena (D.I. 1, the "Application") seeking to obtain certain discovery from General Motors Company ("GM"), Deloitte & Touche LLP ("Deloitte") and Ernst & Young LLP ("E&Y," and collectively with GM and Deloitte, "Respondents");

WHEREAS, also on December 23, 2021, Applicant filed a 8,286 word (26 pages in 12 point font) memorandum of law in support of the Application, accompanied by more than 500 pages of exhibits, including among other exhibits a supporting declaration submitted by Applicant's Brazilian counsel (D.I. 2),

WHEREAS, on February 23, 2022, the Court so-ordered the Stipulation and Order to Extend Respondents' Time to Respond to the Application (D.I. 7), thereby extending the deadlines for each Respondent to respond to the Application and for Applicant to file its reply in support of the Application to March 28 and April 11, 2022, respectively;

WHEREAS, on March 17, 2022, the Court so-ordered the Stipulation and Order to Extend Page Limitation for Response to Application for an Order to Take Discovery (D.I. 9), thereby extending the page limitation governing Respondent GM's response to the Application from 20 to 25 pages, and thus—under this Court's Standing Order Regarding Briefing in All Cases—extending the word-count limitation governing Respondent GM's response to the Application to 6,250 words;

WHEREAS, Respondent GM believes that a further extension of the default word-count limitation to 8,000 words for its response to the Application—roughly 300 fewer words than the length of Applicant's 8,286 word memorandum of law in support of the Application—will allow Respondent GM to effectively address the factual and legal issues raised in the Application, including those pertaining to related Brazilian proceedings, in a manner beneficial to the Court; and

WHEREAS, Applicant and Respondent GM have conferred regarding a reasonable further extension of the applicable word-count limitation;

IT IS HEREBY STIPULATED AND AGREED, by and between Applicant and Respondents and subject to the approval of the Court, that the word-count limitation governing Respondent GM's response to the Application is extended to 8,000 words.

Dated: March 23, 2022

| | |
|---|---|
| THE ROSNER LAW GROUP LLC | PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON LLP |
| /s/ Jason A. Gibson | /s/ Daniel A. Mason |
| Frederick B. Rosner (#3995) | Daniel A. Mason (#5206) |
| Jason A. Gibson (#6091) | 500 Delaware Avenue, Suite 200 |
| 824 N. Market Street, Suite 810 | Post Office Box 32 |
| Wilmington, DE 19801 | Wilmington, DE 19899-0032 |
| (302) 777-1111 | (302) 655-4410 |
| rosner@teamrosner.com | dmason@paulweiss.com |
| gibson@teamrosner.com | |

THE ROSNER LAW GROUP LLC

/s/ Jason A. Gibson
Frederick B. Rosner (#3995)
Jason A. Gibson (#6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
gibson@teamrosner.com

Gabriela M. B. Scanlon
MB SCANLON PLLC
4301 50th Street, N.W. 1st Floor
Washington, D.C. 20016
gabriela@mbscanlon.com

*Counsel for Applicant SPS CORP I –
Fundo de Investimento em Direitos
Creditórios Não Padronizados*

BAYARD, P.A.

/s/ Peter B. Ladig
Peter B. Ladig (#3513)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
pladig@bayardlaw.com

Richard Marooney
J. Emmett Murphy
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100
rmarooney@kslaw.com
jemurphy@kslaw.com

*Counsel for Respondent
Ernst & Young LLP*

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

/s/ Daniel A. Mason
Daniel A. Mason (#5206)
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899-0032
(302) 655-4410
dmason@paulweiss.com

Lewis R. Clayton
Darren W. Johnson
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3553
lclayton@paulweiss.com
djohnson@paulweiss.com

*Counsel for Respondent
General Motors Company*

MCDERMOTT WILL & EMERY LLP

/s/ Ethan H. Townsend
Ethan H. Townsend (#5813)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
(302) 485-3911
ehtownsend@mwe.com

Timothy E. Hoeffner
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5595
thoeffner@mwe.com

*Counsel for Respondent
Deloitte & Touche LLP*

3

SO ORDERED this _____ day of _____, 2022.

                                                       The Honorable Colm F. Connolly
                                                      United States District Judge