# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>*EX PARTE* APPLICATION OF SPS CORP I – FUNDO DE INVESTIMENTO EM DIREITOS CREDITÓRIOS NÃO PADRONIZADOS FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:21-mc-00565-CFC |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respondent General Motors Company ("GM") respectfully submits as follows:

1.   GM is a public corporation organized and existing under the laws of Delaware.  GM has no parent corporation.  No publicly-held corporation owns 10% or more of GM's stock.

*[Remainder of Page Intentionally Left Blank]*

Dated:  March 28, 2022

Respectfully submitted,

PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP

By: */s/  Daniel A. Mason*
   Daniel A. Mason (#5206)
   500 Delaware Avenue, Suite 200
   Post Office Box 32
   Wilmington, DE 19899-0032
   (302) 655-4410 *phone*
   (302) 655-4420 *fax*
   Email:  dmason@paulweiss.com

Of Counsel:
Lewis R. Clayton
Darren W. Johnson
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Counsel for Respondent*
*General Motors Company*