# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>*EX PARTE* APPLICATION OF SPS CORP I – FUNDO DE INVESTIMENTO EM DIREITOS CREDITÓRIOS NÃO PADRONIZADOS FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:21-mc-00565-CFC |

**RESPONDENT DELOITTE & TOUCHE LLP'S RULE 7.1 STATEMENT**

Respondent Deloitte & Touche LLP hereby provides its Disclosure Statement pursuant to Rule 7.1 of Federal Rules of Civil Procedure. Deloitte & Touche LLP states that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: March 28, 2022

McDermott Will & Emery LLP

/s/ *Ethan H. Townsend*
Ethan H. Townsend (#5813)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Tel.: (302) 485-3911
ehtownsend@mwe.com

*Attorneys for Respondent*
*Deloitte & Touche LLP*